UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNIQUE BROOKS, No. 60792-509,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 24-cv-2433-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Unique Brooks's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed with prejudice.

**DATED: May 28, 2025**       **MONICA A. STUMP, Clerk of Court**

                                      **s/Tina Gray, Deputy Clerk**

**Approved:**  s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**